COMMONWEALTH of Pennsylvania, Respondent

v.

Hanifasim SAEED, Petitioner

No. 14 EAL 2017

Supreme Court of Pennsylvania.

June 6, 2017

## ORDER

PER CURIAM

**AND NOW,** this 6th day of June, 2017, the Petition for Allowance of Appeal is **DENIED.**